Opinion issued May 22, 2003






 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01265-CV

____________


JAN AILEEN NELSON F/K/A JAN AILEEN KOBIALKA, Appellant


V.


RONDALD J. KOBIALKA, Appellee






On Appeal from the 310th Court

Harris County, Texas

Trial Court Cause No. 0063373






MEMORANDUM OPINION

 This is an appeal from a judgment signed October 16, 2002. Appellant has
invoked the jurisdiction of this Court by filing a notice of appeal, but she has not paid
the appellate filing fee. On January 21, 2002, this Court ordered that unless, within
15 days of the date of the order, appellant paid the appellate filing fee, his appeal
would be dismissed. The 15 days have expired and appellant has not paid the
appellate filing fee.

 Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Higley.